## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

160 A.3d 770

**P.M., Respondent**

v.

**K.W., Petitioner**

**No. 679 MAL 2016**

Supreme Court of Pennsylvania.

October 31, 2016

## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.